**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:26-CV-01420-JSM-TGW**

YILI JIN,

      Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant" or "Prudential"), by and through its attorneys, hereby moves for an extension of twenty-eight (28) days, until and including July 6, 2026, within which to answer or otherwise respond to Plaintiff's Complaint. In support of its motion, Defendant states as follows:

1.    On May 12, 2026, Plaintiff Yili Jin ("Plaintiff") commenced a civil action against Defendant by filing a Complaint in this Court. (ECF No 1.)

2.    On May 18, 2026, Defendant was served with the Complaint.

3.    Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint is June 8, 2026.

326307503v.2

4.    Defendant began promptly collecting and reviewing the relevant file documents in order to prepare a response to Plaintiff's Complaint, but requests an additional twenty-eight (28) days, until and including July 6, 2026, to complete its investigation and prepare its response.

5.    <u>Local Rule 3.01(g) Certification.</u> On June 3, 2026, Counsel for Defendant conferred with Counsel for Plaintiff regarding the request for an extension to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's Counsel indicated that Plaintiff does not oppose this request.

6.    There are no status conferences or hearings scheduled that will be affected by this motion.

7.    This is Defendant's first request for an extension.

8.    This motion is filed before the response to the Complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Defendant respectfully requests that the Court issue an order granting Defendant until and including July 6, 2026, to answer or otherwise respond to Plaintiff's Complaint.

326307503v.2

DATED:  June 4, 2026                    Respectfully submitted,

QUINTAIROS, PRIETO, WOOD &
BOYER, P.A.


By: */s/ Hector R. Rivera*
    Hector R. Rivera
    QUINTAIROS, PRIETO, WOOD &
    BOYER, P.A.
    9300 South Dadeland Boulevard
    4th Floor
    Miami, Florida 33156
    Telephone:  (305) 670-1101
    Facsimile:  (305) 670-1161
    Email:  hrivera@qpwblaw.com

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

3

326307503v.2

# CERTIFICATE OF SERVICE

I do hereby certify that on June 4, 2026, I caused the electronic submission of the foregoing UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Michael A. Steinberg, Esq.
> 4925 Independence Parkway, Ste. 195
> Tampa, FL 33634
> 813-221-1300
> mas@ssalawyers.com
> ATTORNEY FOR PLAINTIFF

*/s/ Hector Rivera*
Hector Rivera

326307503v.2