**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:26-CV-01420-JSM-TGW**

YILI JIN,

       Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

## <u>DEFENDANT'S NOTICE OF LEAD COUNSEL</u>

PLEASE TAKE NOTICE that the undersigned, Hector R. Rivera, hereby appears as lead counsel on behalf of The Prudential Insurance Company of America ("Defendant"), in the above-styled case. The undersigned counsel requests that copies of all pleadings, notices, correspondence, and communications of any type, be furnished to him in accordance therewith.

8:26-CV-01420-JSM-TGW

**DATED:  June 6, 2026**            Respectfully submitted,

By: */s/ Hector R. Rivera*
Hector R. Rivera
Quintairos, Prieto, Wood & Boyer,
P.A.
9300 South Dadeland Boulevard, 4th
Floor, Miami, FL 33156
Ph: 305-670-1101
Fax: 305-670-1161
Email: hrivera@qpwblaw.com


One of the Attorneys for Defendant
The Prudential Insurance Company of
America

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed DEFENDANT'S NOTICE OF LEAD COUNSEL with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to the following attorney of record:

Michael A. Steinberg, Esq.
4925 Independence Parkway, Ste. 195
Tampa, FL 33634
813-221-1300
mas@ssalawyers.com

ATTORNEY FOR PLAINTIFF

/s/  Hector R. Rivera
Attorney for Defendant