**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:26-CV-01420-JSM-TGW**

YILI JIN,

      Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT**

Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

("Defendant" or "Prudential"), by and through its attorneys, hereby moves for an

extension of fifteen (15) days, until and including July 21, 2026, within which to

answer or otherwise respond to Plaintiff's Complaint. In support of its motion,

Defendant states as follows:

1.     On May 12, 2026, Plaintiff Yili Jin ("Plaintiff") commenced a civil

action against Defendant by filing a Complaint in this Court. (ECF No 1.)

2.     On May 18, 2026, Defendant was served with the Complaint.

3.     On June 4, 2026, Prudential moved to extend the deadline for Prudential

to respond to Plaintiff's Complaint. (ECF No. 10.)

326951332v.1                  4

4.     On June 4, 2026, this Court granted Prudential's first request for an extension of time to answer or otherwise respond to Plaintiff's Complaint, until July 6, 2026. (ECF No. 11.)

5.     Prudential has been diligently investigating Plaintiff's claims and preparing its response to Plaintiff's Complaint. In addition, Plaintiff is evaluating whether to dismiss and refile the action or amend the Complaint to name the entity responsible for funding and paying the claimed benefits. Prudential therefore respectfully requests an additional fifteen (15) days, until and including July 21, 2026, to complete its investigation, assess any developments concerning the proper parties to this action, and finalize its response.

6.     Local Rule 3.01(g) Certification. On July 2, 2026, Counsel for Defendant conferred with Counsel for Plaintiff regarding the request for an extension to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's Counsel indicated that Plaintiff does not oppose this request.

7.     There are no status conferences or hearings scheduled that will be affected by this motion.

8.     This is Defendant's second request for an extension.

9.     This motion is filed before the response to the Complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

2

CASE NO: 8:26-CV-01420-JSM-TGW

WHEREFORE, Defendant respectfully requests that the Court issue an order granting Defendant until and including July 21, 2026, to answer or otherwise respond to Plaintiff's Complaint.

DATED:  July 2, 2026

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


By: _/s/ Hector R. Rivera_____

Hector R. Rivera
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 South Dadeland Boulevard
4th Floor
Miami, Florida 33156
Telephone:  (305) 670-1101
Facsimile:  (305) 670-1161
Email:  hrivera@qpwblaw.com

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

326951332v.1

## CERTIFICATE OF SERVICE

I do hereby certify that on July 2, 2026, I caused the electronic submission of the foregoing SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Michael A. Steinberg, Esq.
4925 Independence Parkway, Ste. 195
Tampa, FL 33634
813-221-1300
mas@ssalawyers.com
ATTORNEY FOR PLAINTIFF

_/s/ Hector R. Rivera_
Hector R. Rivera

4

326951332v.1